# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00461-CR

**Jennifer Elaine Caraveo, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
### NO. D-1-DC-07-301380, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jennifer Elaine Caraveo pleaded guilty to the offense of aggravated robbery. *See* Tex. Penal Code Ann. § 29.03 (West 2003). Caraveo seeks to appeal from the judgment of conviction. The district court has certified that the defendant has waived the right of appeal. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed

Filed: August 20, 2008

Do Not Publish